

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00336-CR

WALTER DIAZ                                          APPELLANT

V.

THE STATE OF TEXAS                            STATE

------------

## FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant filed a notice of appeal challenging his conviction and probated sentence for unauthorized use of a motor vehicle. The trial court sentenced appellant on April 29, 2010, and appellant filed a timely motion for new trial. Accordingly, appellant's notice of appeal was due July 28, 2010. *See* Tex. R. App. P. 26.2(a)(2). Appellant did not file a notice of appeal until August 11, 2010, and he did not file a timely motion to extend time to file the notice of appeal. *See*

---

[1]*See* Tex. R. App. P. 47.4.

Tex. R. App. P. 26.3. Appellant's counsel responded to a prior inquiry regarding the trial court's certification, but he did not respond to our inquiry regarding the late notice of appeal. Nevertheless, his response regarding the certification does not show grounds for continuing the appeal.

Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Olivo v. State*, 918 S.W.2d at 519, 522–23 (Tex. Crim. App. 1996).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 28, 2010